FILE COPY

DATE: 7/13/2015

RE: Case No. 15-0141

COA #: 12-13-00005-CV    TC#: 2012-876-A

STYLE: THE GOOD SHEPHERD HOSPITAL, INC.

    v. RONALD MASTEN AND CHARLENE MASTEN

    Petitioner's motion for rehearing was this day filed in the above styled and numbered case.

MS. CATHY S. LUSK

CLERK, TWELFTH COURT OF APPEALS

1517 WEST FRONT, SUITE 354

TYLER, TX  75702

FILED IN COURT OF APPEALS
12th Court of Appeals District

JUL 14 2015

TYLER TEXAS
CATHY S. LUSK, CLERK